[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

RECEIVED
NOV 08 2017
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

①

Stella Mwakyoma )
Plaintiff )
)
)
v. )
)
FBI (Bad ones) )
Defendant )
)

**United States District Court**
**Northern District of Illinois**

1:17-cv-08089
Judge Virginia M. Kendall
Magistrate Judge Daniel G. Martin

**COMPLAINT**

I am filing a complaint against the because after I reported to the FBI several times no response received, or action taken I became convineed that it was doing this to me And my Family. In August 2015 I was in care of of an FBI family, my profession as a Hospice nurse. When this FBI Agent was thancing me and app-reating what we were doing Helping people in transtion not many people can do what we do. So I noticed he was a genuine person, I asked him this I said Jason I heard your an FBI agent? your Aunt Mary told me. He said Yes. So I explained to him that I am being tracked 24/7 my phones are hacked, monitored, I am trea-ted as a terrorist. He didn't believe me. He said Stella We are busy fighting this terro-rism happening around the globe. But I insisted my request if he can help me find out who was doing this to me and my family? Then he said write your name down, I did. But I don't belie-ve he followed it up be cause he didn't be lieve me

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Complaint ②
continues

That I was capable of doing what I was telling him, since there I never heard from him, effort to reach him by mails certified with return several times no response, tracking receip stolen from home. Remember all my mail are intercepted opened altered confiscat all misdirected. I Believe that's what happened His full name is Jason Schachend or Schache Schachenner I forgot the last name spelling because my Nurses not are stolen, Informing tion in the phone phones are stolen or destroyed. so abuse Intensified. In July 2016 I went online and reported the enmittanity Intesified Intesisty, on the FBI site, I butt atter to Jason Schachend or Schachener, No response. On sometime September 2016 I went to CARPLS on Le. at The Daily Center. I reported my complains towards FBI to a lawyer called Mr. Balcer, No response from that to present Then my phones, my family phones in Tanzania hid were scamed monitored, a blocked I was and I am still unable to communicate with a family member for 2 years now from Tanzan So early in 2017 I saw this Lawyers phone # and address, Mr. Phillip Roberson Civil Rights Lawyer, 17 N. State Suite.1500 Chicago IL. 60601 After seing him and telling me bring me this bring this, Later he tells me this "I have don a very Intensive Investigation, I found that th FBI have spent Hemedous amount of mon on you. You might be a terroris I cannot help you. Ther That confirmer

## Complains

No one can believe this only the people who are being employed to betray me are paid alot of money, taxpayer money just to destroy me my family and relatives. Entrappement continues. My Niece Aneth Lunemo: She is under Entrapped because she is undocumented resident. So, she is under corestion to destroy or betray me, because she is threatened to be deported if she report to anyone, and should distance her away from me. So she took the bait. Rose Kyomg: Is my sister. follow her she is entrapped to betray me because she has a small boutique store in hide park, her business was threatened if she refused to betray me. She was used to retrieve increamating evidence, arrange Kangaroo Lawyers to prepare bogus power of Attorney who can prepare power of Attorney, or will nneys who can prepare at low cost so that when I get Killed she will in hent my building I will pay money then the Lawyer will disappear. Thats my sister Entrapment continues: My Nephew Wisdom who is also my Tenant: He was entrapped to betray me just because he is Black living in Evanston. He was coresced to make me give up my building by convincing me that I make a power of Attorney to him and Peter. his cousin, so that if I gett killed b These criminals, my son and Nephew will inher the Building which I knew it will never happen as soon they kill me they will get be eliminated well. The entrapped my brother inlow simba Tay because my phones are monitored, I was explain what was happening to my life. He promised to finde Lawyer when he comes back from Washington DC and when he came back from DC he changed this my He said the case is very complicated. Then I knew He was corrupted, because he worked for 3 years without pay, the place he worked, the owner was corrupted didn't pay his employees for three yrs, so my brother inlaw was in need of...

## Continues monitored

Because my phones are listened all time I believe he took the bait to betray me cause he needed some cash help. <u>Entrappement Continues</u>: My cousin BJ My cousin BJ was keeping some Document for me because my home was Burgaleries almost dayly when I was at work documents removed, All documents I mean mortgage papers Tax papers old new, check stubs check books/old and knew, Paspo Nurses notes, Social security cards, medicare card Receipts for maintance, for appliances, every doc ments. Then some will appear back in my home no mail box, As. With new values bumpted up changed e.g W-2, check stubs, Property tax then Córesced my Tax preparer to replace in my folder, this is happening here, the list goes on and relatives given poison to kill me or trap me. some denie me shel ter when I am faced with spouse abuse, Entro pped my mentaly ill Son Elliott to comitt crinal act towards me poisoining me removing do cuments to go to them exchanging locks and he is controlled by their evil mind he been stopped even to go see his doctors by manupulating their mental illiness to betray me taking Increamating evidence to them altering them sometime confisca ting them all together. A sting ray is built

They can <u>read</u> everything I writt - in my to me. Then they get ahead to Implant the pe ple who will Infultrate or Iintercept, thats why all legal help are Intercepted when I reach the place The Lawyers or who are will be attending me will say

Complaint Continues ⑤

<u>Entrappements</u>

I am requesting The court to help These people persecuting me and my Family and relatives, and Fellow Tanzanians whom many don't know They are being monitored so They don't report to any one what my Family is going Through. The most Hynaus crime I have ever seen in my Life. Why Entraf <u>my son Peter Mwamanga to betray me.</u> Because he was followed every where he worked and was laid off at Nicabbaca Hotel parking system, parking syst was bought, was Laid off, He was Hired at Mariner City Parking System, Same Thing parking system was bought he was laid off again. Then Friend friend recruited him with Personnel was hired at Abbor Pharmatheutical Labaratories, as a System anlyst aft working on year he was laid off again This time his Job was outsourced, So The fourth time he was offered a permement Job at UPS, only if he agrees to betray me. He agreed, after being Fired 3 times he a young couple and young Father with a 4 yr old child wife goes to school. so he was ordered very evil thi to do towards me, Plant Stolen Thing, bounce checks for the rents, remove documents, printers, all Incrim nting evedence, If he said No he is Life or Job, its st on going, He has done no crime, Just for being <u>Black an</u> Lives in Evanston. He has 2 degreese In Graphics an <u>designs and Interior designs,</u> He couldn't get work. He couldn't get a Job. This is happening Here In the USA. La of the Free, and all the Freedoms In the world, where are those freedoms for me and my Family and relati and all other people of color experiencing This abuse? Please Good Citizen of This country, just Help us bring who ever Is doing This, <u>to face Justice</u> There are many other people loosing Their financ and property securties Just for being <u>Black</u> In Ame

## Continues

The office moved, call to find out where They are at. Because Its already known That The phone is hacked goes to These bad people who are persecuting me, All media access blocked, coresced to denie to hear my story. All evidence will be provided on court day. The home Inspector's office colludes to enable people who come to change locks so The Intruder will access in The home, by scheduling frequent, Just being Black living here in Evanston And The police of Evanston colludes, when report is reported of The Thievely taken, was reported. Therefor in April 2017 I complained to The Police of Evanston Supervisor. Also in October, 2016 I complained to the Home Inspector's office but he didn't respond, only harrassment continues Frequent Inspection was made Then I discovered Its a campaign to take my property Illegally by This Group, to run me down financially Just being Black living in Evanston.

The office of Police will refuse to report when

Then financial abuse, exploitantion started showed Interferane with my social security up, Itried several times to report to the social security Dpt. was blocked to my Bank blocked, Dpt. Financial and Professional Regula tion, Blocked or Interceped

Continued (7)

Intercepted my complains to The Attorney General's office, I reported to Dpt of Treasury by, All Legal council blocked, Infiltrated, Coresced not to take my case, remember I am tracked 24. On April 13, 2017 I took my complains in pers to the FBI office in person, I talk, I talked to Agent Tim phn 312-421-6700. Thats all he gave me his first name. But he seemed to know allot about my home and what was going on. When J explained to him what was going on and been reporting to FBI so many times and no one or no response from FBI? Tim denied that it was not them the FBI. So I said I have my complains with me, can you find Who is doing this to me and my family? He declined to take my complains. This is at the FB office at 2111 W. Roosevelt Rd Chicago. So why we Have an FBI whic refuse to protect Its innocent Citizen. Now The abuse is Intensified. Gangs come to Threaten our Life at home. Scrible gang slogan an my entrace door, Hall way, don't even care. There is a survalence camera. What have I done On my quest to seek Justice, J have heard from several people, people of color that this was Happening to Them. I don't know to what exten But they are other people being violated just For being BLACK. This is wrong, criminal, llega and bring Them to Justice. Taxpayer money is people who are doing this being waisted for no apparent reason

Sincerely
Stella Mwakayoma

11/07/2017

Complaint

Continues

Why filing complaint against FBI. The FBI collude with The evanston Police, The evanston Home Inspector's office. Thats how working are as a group:

① The Home Inspector sites me frequent home Ins peda pections. Just because Iam Black, and of different Nationality. Then he sites Fix This, Fix This ete ete I will do all he orders me to do, which is un usual regular Inspection is once in 2 or 3 yrs but he will be every month or 2 months. Then Misytenously my building doors will become dead Locked. I will call someone to come to change the lock or locks, when I call someone to change the locks I pay Them. The defendant Controls all my phones, Computer, TVs, Printer, all communications track me 24/7. So person coming to change the lock or locks will be intercepted, and given another lock or locks, so he will switch, so when I get sited I call handmen to come work in my building. So every one who came to work in my building was intercepted, or an impositor, or an entrapment, will Study the value of the building and everything in it Then when Iam at work breakage at work someone will come as an impositer, I called him to come Fix the sink when I didn't. Then my Documents started dis appearing All mortgage papers, Building Manttance receiple Check stubs old and new, All Taxes filed for years Bank books old and new, All Nurses notes, Iam a nurse Medi- cal Cards passports, social secinty cards, old money I called ill dissapeared, property tax, Deeds, all documents They could get hold of. Cameras, Phones, old phone directorects. So will buy new Locks, call someone to install, some thing will happen Inter

Complaint

## continues

Then Thats when The _police comes_ in. When I go to report to Evanston Police, The police decline to take report The way I reported, Things taken The police will write some stuff which is not true That family has said I am experiencing Paranoid am dementia. When no family has said that, decline to take evidence I took to the station to show what was happening. Then new documents of check stubs with high Income, Filed income taxes prope my tax, I started reading mortgage papers for closure, when I am current and paying my mortgage. Then I noticed my Social security dissability was under flawed Retireme nt as well, Thats when I started looking for legal help Since The FBI is tracking me every where I go, I do 24/7 I was unable to get a Lawyer, many were Infiltrated or Coresced to decline, or were told say we don't do Those cases, Thats why I am suing everyone in This court who is Connected to This issue By The way on my quest to Sick Justice, I have heard from several people who metioned It is happening to Them, social secu rity fraud, phones blocking, tracking TV blocking on and on to most people of color and national origin which is foreign. I Therefore request The court to order the Independent Investigative bureau to look Into This Injustice while I am still alive, God willing eben my people in Tanzania are going Through This Illegal Surveilance and abuse

Sincerely
Stella Mwalayama
Stella Mwalayama